NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PAPST LICENSING GMBH & CO. KG,**
*Plaintiff-Appellant*

v.

**XILINX, INC.,**
*Defendant-Appellee*

---

2016-2323

---

Appeal from the United States District Court for the Northern District of California in No. 5:16-cv-00925-LHK, Judge Lucy H. Koh.

---

**JUDGMENT**

---

NICOLE E. GLAUSER, DiNovo, Price, Ellwanger & Hardy LLP, Austin, TX, argued for plaintiff-appellant. Also represented by ANDREW DINOVO, JAY D. ELLWANGER.

MATTHEW J. SILVEIRA, Jones Day, San Francisco, CA, argued for defendant-appellee. Also represented by PATRICK THOMAS MICHAEL; DAVID B. COCHRAN, Cleveland, OH.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* LOURIE and
TARANTO, *Circuit Judges*).
### AFFIRMED.  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  April 12, 2017  | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |